**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICK HAIGHT, | : | |
| Plaintiff, | : | No. 1:18-cv-00068-SPB |
| v. | : | |
| ERIE COUNTY, | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

**CERTIFICATION OF STIPULATION AND PROTECTIVE ORDER**
**GOVERNING CONFIDENTIALITY OF DOCUMENTS AND INFORMATION**

This is to certify that the undersigned has read and is fully familiar with the provisions of the Stipulation and Protective Order Governing Confidentiality of Documents and Information (the "Stipulation") dated May 23, 2018 and filed in the above-captioned matter.

As a condition precedent to my review or examination of any of the documents or other materials produced pursuant to the Stipulation, or my obtaining any information contained in said documents or other materials, I hereby agree that the Stipulation shall be deemed to be directed to and shall include me, and any of my employees, agents and/or representatives, and I shall observe and comply with the provisions of the Stipulation.

_____
Name

_____
Title

_____
Date

# EXHIBIT A