IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK HAIGHT, | : | |
| | : | |
| Plaintiff, | : | No. 1:18-cv-00068-SPB |
| | : | |
| v. | : | |
| | : | |
| ERIE COUNTY, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

AND NOW come all parties, by their respective counsel, and consistent with a resolution reached by the parties, hereby enter a STIPULATION OF DISMISSAL of Plaintiff's claims in the above-captioned matter with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, and neither party is considered a prevailing party.

Respectfully Submitted,

| | |
|---|---|
| The Law Offices of Timothy P. O'Brien | Marshall Dennehey |
| | |
| /s/ Alec B. Wright | /s/ Paul D. Krepps |
| Alec B. Wright | Paul D. Krepps |
| Pa. ID No. 316657 | Pa. ID No. 73038 |
| | |
| Timothy P. O'Brien | Patrick M. Carey |
| Pa. ID No. 22104 | Pa. ID No. 50171 |
| | |
| 239 Fourth Avenue, Suite 2013 | 501 Grant Street, Suite 700 |
| Pittsburgh, Pennsylvania 15222 | Pittsburgh, Pennsylvania 15219 |
| (412) 232-4400 | (412) 232-3441 |

It is so ordered.

*Susan Paradise Baxter*
United States Magistrate Judge